IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY DON MASK <br> (TDCJ No. 1438762), <br><br> Plaintiff, <br><br> V. <br><br> TRIAL COURT JUDGES, ET AL., <br><br> Defendants. | § § § § § § § § § § § | No. 3:15-cv-3410-P |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 24th day of December 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE